FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

03 MAR 21  PM 3: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

ROGER SCOTT BLACKBURN,       )
                            )
        Plaintiff,          )
                            )
v.                          )          CV 02-AR-1954-J
                            )
STATE OF ALABAMA, et.al.,    )
                            )
        Defendants.         )

ENTERED
MAR 21 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 4, 2003, recommending that this action filed pursuant to 42 U.S.C. §1983 be dismissed for failing to state a claim upon which relief can be granted, or seeking monetary relief from a defendant who is immune under 28 U.S.C. §1915A(b). The plaintiff filed objections to the report and recommendation on March 17, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915A(b).

An appropriate order will be entered.

DATED this 21st day of _____March_____, 2003.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

